

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA K. CRANSHAW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration<br><br>　　　　　Defendant. | NO. EDCV 06-1284-MMM (MAN)<br><br>ORDER ADOPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed with the Court. The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

　　　IT IS ORDERED that Judgment shall be entered dismissing this action without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2 the Judgment herein on counsel for Plaintiff and counsel for Defendant.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

6 DATED:        February 14, 2008        .

                                            _____
                                                MARGARET M. MORROW
                                            UNITED STATES DISTRICT JUDGE