FILED
CLERK, U.S. DISTRICT COURT

FEB 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA K. CRANSHAW, | ) NO. EDCV 06-1284-MMM (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration, | ) |
| Defendant. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

DATED: _February 14, 2008_.

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE